Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,** a California Limited Liability Company, and **DALLAS BUYERS CLUB, LLC**, a Texas Limited Liability Company, <br><br> Plaintiffs, <br><br> v. <br><br> **DOE-50.141.97.4,** <br><br> Defendant. | Case No.: 3:14-cv-1872 <br><br> PLAINTIFFS' RULE 7.1 DISCLOSURE |

PLAINTIFFS' RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs state they do not have a parent

corporation and no publicly held corporation owns 10% or more of their stock.

DATED: November 22, 2014.

/s/  Carl D. Crowell
Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
(503) 581-1240
Of attorneys for plaintiffs